(Official Form 1) (10/05) West Group, Rochester, NY

| **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|
| **NORTHERN** District of   **ILLINOIS** | |

| Name of Debtor   (if individual, enter Last, First, Middle): | Name of Joint Debtor   (Spouse)(Last, First, Middle): |
|---|---|
| **Armando's Pizza, Inc., an Illinois Corp., a Illinois Corporation** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **NONE** | |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **80-0116266** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): |
|---|---|

| Street Address of Debtor   (No. & Street, City, and State): | Street Address of Joint Debtor   (No. & Street, City, and State): |
|---|---|
| **1591 Lee Street** **Des Plaines IL**    ZIPCODE **60018** | ZIPCODE |

| County of Residence or of the Principal Place of Business:   **Cook** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor   (if different from street address): | Mailing Address of Joint Debtor   (if different from street address): |
|---|---|
| **1053 S. Second Avenue** **Des Plaines IL**    ZIPCODE **60016** | ZIPCODE |

| Location of Principal Assets of Business Debtor (If different from street address above):   **SAME** | |
|---|---|
| | ZIPCODE |

**Type of Debtor**   (Form of organization)

(Check **one** box.)

☐ Individual (includes Joint Debtors)
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and provide the information requested below.)

**State type of entity:**
_____

**Nature of Business**

(Check **all**   applicable boxes.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Nonprofit Organization qualified under 11 U.S.C. § 501(3)(c).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**   (Check one box)

☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 9    ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
☐ Chapter 13

**Nature of Debts**   (Check one box)

☐ Consumer/Non-Business    ☒ Business

**Chapter 11 Debtors:**

**Check one box:**
☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee**   (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
☐ Filing fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05) West Group, Rochester, NY

FORM B1, Page  2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Armando's Pizza, Inc., an Illinois Corp., a Illinois Corporation* |

| **Prior Bankruptcy Case Filed Within Last 8 Years** | (If more than one, attach additional sheet) | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. |
| ☒ Exhibit A is attached and made a part of this petition | I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code. |
| | X _____  *9/11/2006* |
| | Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety? | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. |
| ☐ Yes, and exhibit C is attached and made a part of this petition. | ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing) |
| ☒ No | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**    (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

## Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05) West Group, Rochester, NY                                                    FORM B1, Page  3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Armando's Pizza, Inc., an Illinois Corp., a Illinois Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documentation required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

9/11/2006
(Date)

### Signature of Attorney

X **/s/ Paul M. Bach**
Signature of Attorney for Debtor(s)

**Paul M. Bach  06209530**
Printed Name of Attorney for Debtor(s)

**Law Firm of Paul M. Bach**
Firm Name

**1955 Shermer Road, Unit 150**
Address

**Northbrook IL  60062**

**847-564-0808**
Telephone Number

**9/11/2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Amado Gonzalez**
Signature of Authorized Individual

**Amado Gonzalez**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**9/11/2006**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C.§110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C §110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principle, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; Required by 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## Eastern DIVISION

In re  *Armando's Pizza, Inc., an Illinois Corp.*                     Case No.

  *a Illinois Corporation*                                            Chapter  *11*


_____/ Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| *1*<br>*The Oaks Shopping Center LLC*<br>*3049 Solutions Center*<br>*Chicago IL   60677-3000* | Phone:<br>*The Oaks Shopping Center LLC*<br>*3049 Solutions Center*<br>*Chicago IL   60677-3000* | *Rent in Arrears* |  | *$ 108,709.92* |
| *2*<br>*Citi Cards*<br>*P.O. Box 688913*<br>*Des  Moines IA   50368-8913* | Phone:<br>*Citi Cards*<br>*P.O. Box 688913*<br>*Des  Moines IA   50368-8913* | *Credit Card Purchases* |  | *$ 28,843.46* |
| *3*<br>*Beneficial*<br>*617 West Golf Road*<br>*Des Plaines IL   60016* | Phone:<br>*Beneficial*<br>*617 West Golf Road*<br>*Des Plaines IL   60016* | *Loan* |  | *$ 21,888.73* |
| *4*<br>*Illinois Department of Revenue*<br>*Bankruptcy Section*<br>*P.O. Box 64338*<br>*Chicago Illinois   60664-0338* | Phone:<br>*Illinois Attorney General*<br>*100 West Randolph Street*<br>*13th Floor*<br>*Chicago IL    60601* | *Sales and Use Taxes* |  | *$ 21,550.00* |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>Citi Cards<br>P.O. Box 688913<br>Des Moines IA 50368-8913 | Phone:<br>Citi Cards<br>P.O. Box 688913<br>Des Moines IA 50368-8913 | Credit Card Purchases | | $ 18,565.00 |
| 6<br>Chase<br>Cardholder Services<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | Phone:<br>Chase<br>Cardholder Services<br>P.O. Box 15153<br>Wilmington DE 19886-5153 | Credit Card Purchases | | $ 7,429.55 |
| 7<br>SBC Yellow Pages<br>5000 College Blvd<br>Overland Park KS 66211-1629 | Phone:<br>SBC Yellow Pages<br>5000 College Blvd<br>Overland Park KS 66211-1629 | advertising | D | $ 4,181.85 |
| 8<br>Wells Fargo-Abby Carpet<br>P.O. Box 94498<br>Las Vegas NV 89193-4498 | Phone:<br>Wells Fargo-Abby Carpet<br>P.O. Box 94498<br>Las Vegas NV 89193-4498 | Loan | | $ 3,556.68 |
| 9<br>First Washington Management<br>c/o NCO Financial Systems<br>3850 N. Causeway Blvd # 200<br>Metairie LA 70002 | Phone:<br>First Washington Management<br>c/o NCO Financial Systems<br>3850 N. Causeway Blvd # 200<br>Metairie LA 70002 | Rent in Arrears | | $ 3,253.98 |
| 10<br>Commonwealth Edison<br>555 Waters Edge<br>Lombard IL 60148 | Phone:<br>Commonwealth Edison<br>Bill Payment Center<br>Chicago IL 60668-0001 | Utility Bills | | $ 2,774.35 |
| 11<br>Yellow Book of Illinois<br>2560 Reaissance Blvd<br>King of Prussia PA 19406 | Phone:<br>Yellow Book of Illinois<br>2560 Reaissance Blvd<br>King of Prussia PA 19406 | advertising | | $ 2,057.00 |
| 12<br>Athena Accounting Group<br>690 Lee Street<br>Des Plaines IL 60016 | Phone:<br>Athena Accounting Group<br>690 Lee Street<br>Des Plaines IL 60016 | accounting services | | $ 2,000.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>Sears<br>P.O.Box 182082<br>Columbus Ohio  43218-2082 | Phone:<br>Sears<br>P.O.Box 182082<br>Columbus Ohio  43218-2082 | Credit Card Purchases | | $ 1,990.47 |
| 14<br>City of Des Plaines<br>1420 Miner Street<br>Des Plaines IL  60016 | Phone:<br>City of Des Plaines<br>1420 Miner Street<br>Des Plaines IL  60016 | Sales and Use Taxes | | $ 1,800.00 |
| 15<br>Wells Fargo<br>905 E. Rand Road No 100<br>Mt. Prospect IL  60056 | Phone:<br>Wells Fargo<br>905 E. Rand Road No 100<br>Mt. Prospect IL  60056 | Loan | | $ 1,332.00 |
| 16<br>Eco Lab<br>P.O. Box 70343<br>Chicago IL  60673 | Phone:<br>Eco Lab<br>P.O. Box 70343<br>Chicago IL  60673 | Repair | | $ 1,075.00 |
| 17<br>Alarm Detection System<br>1111 Church Road<br>Aurora IL  60505 | Phone:<br>Alarm Detection System<br>1111 Church Road<br>Aurora IL  60505 | alarm service | | $ 1,041.00 |
| 18<br>Coupon Cash Saver<br>325 North Milwaukee Avenue<br>Suite J<br>Wheeling IL  60090 | Phone:<br>Coupon Cash Saver<br>325 North Milwaukee Avenue<br>Suite J<br>Wheeling IL  60090 | advertising | | $ 855.00 |
| 19<br>Capital 1 Bank<br>P.O. Box 790217<br>St Louis MO  63179-0217 | Phone:<br>Capital 1 Bank<br>P.O. Box 790217<br>St Louis MO  63179-0217 | Credit Card Purchases | | $ 642.62 |
| 20<br>J.S. Paluch Company<br>3708 River Road Suite 400<br>Franklin Park IL  60131-2158 | Phone:<br>J.S. Paluch Company<br>3708 River Road Suite 400<br>Franklin Park IL  60131-2158 | advertising | | $ 570.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Amado Gonzalez* , *President* of the *Corporation* named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: *9/11/2006*        Signature */s/ Amado Gonzalez*

Name:  *Amado Gonzalez*

Title:  *President*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Armando's Pizza, Inc., an Illinois Corp.,*
*a Illinois Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  **Paul M. Bach**

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *Amado & Vicki Gonzalez JT*<br>*1053 S. Second Avenue*<br>*Des Plaines IL 60016* | *1000* | *Common* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LIST OF EQUITY SECURITY HOLDERS**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Amado Gonzalez* , *President* of the *corporation* named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/11/2006*

Signature: */s/ Amado Gonzalez*

Name: *Amado Gonzalez*

Title: *President*

FORM B6A (10/05) West Group, Rochester, NY

In re _Armando's Pizza, Inc., an Illinois Corp._____ / Debtor    Case No._____
                                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)

FORM B6D (10/05) West Group, Rochester, NY

In re _Armando's Pizza, Inc., an Illinois Corp._ _____ / Debtor          Case No._____
                                                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above)* | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

No continuation sheets attached

Subtotal $     _0.00_
(Total of this page)

Total $     _0.00_
(Use only on last page)

In re **Armando's Pizza, Inc., an Illinois Corp.** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

FORM B6E (10/05) West Group, Rochester, NY

In re _Armando's Pizza, Inc., an Illinois Corp._____ / Debtor   Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *0179*<br>*Creditor # : 1*<br>*City of Des Plaines*<br>*1420 Miner Street*<br>*Des Plaines IL 60016* | | *Sales and Use Taxes* | | | | $ 1,800.00 | $ 1,800.00 |
| Account No: *0179*<br>*Creditor # : 2*<br>*Illinois Department of Revenue*<br>*Bankruptcy Section*<br>*P.O. Box 64338*<br>*Chicago Illinois  60664-0338* | | *Sales and Use Taxes* | | | | $ 21,550.00 | $ 21,550.00 |
| Account No:<br>*Representing:*<br>*Illinois Department of Revenue* | | *Illinois Attorney General*<br>*100 West Randolph Street*<br>*13th Floor*<br>*Chicago IL  60601* | | | | | |
| Account No:<br>*Representing:*<br>*Illinois Department of Revenue* | | *Illinois Department of Revenue*<br>*c/o Velda Babin*<br>*100 West Randolph Suite 7-499*<br>*Chicago IL 60601* | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal $ | 23,350.00
(Total of this page)
Total $ | 23,350.00

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

FORM B6F (10/05) West Group, Rochester, NY

In re _Armando's Pizza, Inc., an Illinois Corp._____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C. 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:   5569 Creditor # : 1 Alarm Detection System 1111 Church Road Aurora  IL 60505 | | alarm service | | | | $ 1,041.00 |
| Account No: Creditor # : 2 Athena Accounting Group 690 Lee Street Des Plaines IL 60016 | | accounting services | | | | $ 2,000.00 |
| Account No:   45-6 Creditor # : 3 Beneficial 617 West Golf Road Des Plaines IL 60016 | | Loan | | | | $ 21,888.73 |
| Account No:   4836 Creditor # : 4 Capital 1 Bank P.O. Box 790217 St Louis MO 63179-0217 | | Credit Card Purchases | | | | $ 642.62 |

_3_ continuation sheets attached

| | |
|---|---|
| Subtotal $ (Total of this page) | 25,572.35 |
| Total $ (Report total also on Summary of Schedules) | |

FORM B6F (10/05) West Group, Rochester, NY

In re _Armando's Pizza, Inc., an Illinois Corp._____ / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:    *1645*<br>*Creditor # : 5*<br>*Chase*<br>*Cardholder Services*<br>*P.O. Box 15153*<br>*Wilmington  DE 19886-5153* | | *Credit Card Purchases* | | | | *$ 7,429.55* |
| Account No:    *6577*<br>*Creditor # : 6*<br>*Citi Cards*<br>*P.O. Box 688913*<br>*Des  Moines IA 50368-8913* | | *Credit Card Purchases* | | | | *$ 18,565.00* |
| Account No:    *3555*<br>*Creditor # : 7*<br>*Citi Cards*<br>*P.O. Box 688913*<br>*Des  Moines IA 50368-8913* | | *Credit Card Purchases* | | | | *$ 28,843.46* |
| Account No:    *1019*<br>*Creditor # : 8*<br>*Commonwealth Edison*<br>*555 Waters Edge*<br>*Lombard IL 60148* | | *Utility Bills* | | | | *$ 2,774.35* |
| Account No:    *1019*<br>*Representing:*<br>*Commonwealth Edison* | | *Commonwealth Edison*<br>*Bill Payment Center*<br>*Chicago IL 60668-0001* | | | | |
| Account No:    *7551*<br>*Creditor # : 9*<br>*Coupon Cash Saver*<br>*325 North Milwaukee Avenue*<br>*Suite J*<br>*Wheeling  IL 60090* | | *advertising* | | | | *$ 855.00* |

| Sheet No. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal $ (Total of this page) | *58,467.36* |
|---|---|---|
| | Total $ (Report total also on Summary of Schedules) | |

FORM B6F (10/05) West Group, Rochester, NY

In re _Armando's Pizza, Inc., an Illinois Corp._____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No:  *4014*<br>*Creditor # : 10*<br>*Eco Lab*<br>*P.O. Box 70343*<br>*Chicago IL 60673* | | *Repair* | | | | $ 1,075.00 |
| Account No:<br>*Creditor # : 11*<br>*First Washington Management*<br>*c/o NCO Financial Systems*<br>*3850 N. Causeway Blvd # 200*<br>*Metairie LA 70002* | | *Rent in Arrears* | | | | $ 3,253.98 |
| Account No:  *0263*<br>*Creditor # : 12*<br>*J.S. Paluch Company*<br>*3708 River Road Suite 400*<br>*Franklin Park IL 60131-2158* | | *advertising* | | | | $ 570.00 |
| Account No:  *3190*<br>*Creditor # : 13*<br>*SBC Yellow Pages*<br>*5000 College Blvd*<br>*Overland Park KS 66211-1629* | | *advertising* | | | X | $ 4,181.85 |
| Account No:  *3020*<br>*Creditor # : 14*<br>*Sears*<br>*P.O.Box 182082*<br>*Columbus Ohio 43218-2082* | | *Credit Card Purchases* | | | | $ 1,990.47 |
| Account No:  *5827*<br>*Creditor # : 15*<br>*The Oaks Shopping Center LLC*<br>*3049 Solutions Center*<br>*Chicago IL 60677-3000* | | *Rent in Arrears* | | | | $ 108,709.92 |

Sheet No.  _2_ of  _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    *119,781.22*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (10/05) West Group, Rochester, NY

In re _Armando's Pizza, Inc., an Illinois Corp._ / Debtor    Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code And Account Number (See instructions above.) | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without deducting value of colateral |
|---|---|---|---|---|---|---|
| Account No: *5874* <br> *Creditor # : 16* <br> *Wells Fargo* <br> *905 E. Rand Road No 100* <br> *Mt. Prospect IL 60056* | | *Loan* | | | | $ 1,332.00 |
| Account No: *2691* <br> *Creditor # : 17* <br> *Wells Fargo-Abby Carpet* <br> *P.O. Box 94498* <br> *Las Vegas NV 89193-4498* | | *Loan* | | | | $ 3,556.68 |
| Account No: *7263* <br> *Creditor # : 18* <br> *Yellow Book of Illinois* <br> *2560 Reaissance Blvd* <br> *King of Prussia PA 19406* | | *advertising* | | | | $ 2,057.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     6,945.68
(Total of this page)

Total $     210,766.61
(Report total also on Summary of Schedules)

In re *Armando's Pizza, Inc., an Illinois Corp.* _____ / Debtor    Case No. _____
                                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of
debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing
addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating
"minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *The Oaks Shopping Center*<br>*3049 Solutions Center*<br>*Chicago IL   60677-3000* | Contract Type: *commercial lease*<br>Terms: *$7550.00 per month*<br>Beginning date:<br>Debtor's Interest: *Lessee*<br>Description: *Three years remaining*<br><br>Buyout Option: |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   **Armando's Pizza, Inc., an Illinois Corp., a Illinois Corporation**

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:   **Paul M. Bach**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *10,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *5,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *5,000.00*

3.  $ _____*1,039.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *9/11/2006*                    Respectfully submitted,

                                        X */s/ Paul M. Bach*
                                        _____
Attorney for Petitioner: *Paul M. Bach*
                         *Law Firm of Paul M. Bach*
                         *1955 Shermer Road, Unit 150*
                         *Northbrook IL   60062*

Alarm Detection System
1111 Church Road
Aurora , IL  60505

Amado & Vicki Gonzalez JT
1053 S. Second Avenue
Des Plaines, IL  60016

Armando's Pizza, Inc., an Illinois Corp.
1053 S. Second Avenue
Des Plaines, IL  60016

Athena Accounting Group
690 Lee Street
Des Plaines, IL  60016

Beneficial
617 West Golf Road
Des Plaines, IL  60016

Capital 1 Bank
P.O. Box 790217
St Louis, MO  63179-0217

Chase
Cardholder Services
P.O. Box 15153
Wilmington , DE  19886-5153

Citi Cards
P.O. Box 688913
Des  Moines, IA  50368-8913

City of Des Plaines
1420 Miner Street
Des Plaines, IL  60016

Commonwealth Edison
555 Waters Edge
Lombard, IL  60148

Commonwealth Edison
Bill Payment Center
Chicago, IL  60668-0001

Coupon Cash Saver
325 North Milwaukee Avenue
Suite J
Wheeling , IL  60090

Eco Lab
P.O. Box 70343
Chicago, IL  60673

First Washington Management
c/o NCO Financial Systems
3850 N. Causeway Blvd # 200
Metairie, LA  70002

Illinois Attorney General...21
100 West Randolph Street
13th Floor
Chicago, IL   60601

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois  60664-0338

Illinois Department of Revenue
c/o Velda Babin
100 West Randolph Suite 7-499
Chicago, IL  60601

J.S. Paluch Company
3708 River Road Suite 400
Franklin Park, IL  60131-2158

Paul M. Bach
1955 Shermer Road, Unit 150
Northbrook, IL  60062

SBC Yellow Pages
5000 College Blvd
Overland Park, KS  66211-1629

Sears
P.O.Box 182082
Columbus, Ohio  43218-2082

The Oaks Shopping Center LLC
3049 Solutions Center
Chicago, IL  60677-3000

The Oaks Shopping Center
3049 Solutions Center
Chicago, IL  60677-3000

Wells Fargo
905 E. Rand Road No 100
Mt. Prospect, IL  60056

Wells Fargo-Abby Carpet
P.O. Box 94498
Las Vegas, NV  89193-4498

Yellow Book of Illinois
2560 Reaissance Blvd
King of Prussia, PA  19406

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re **Armando's Pizza, Inc., an Illinois Corp.**                    Case No.
   **a Illinois Corporation**                                         Chapter  **11**

_____ / Debtor

### STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Amado Gonzalez is President of Armando's Pizza, Inc., an Illinois Corp., a  corporation.  On the following resolution was duly adopted by the  of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Amado Gonzalez, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Amado Gonzalez, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Amado Gonzalez, President of this corporation, be and hereby is, authorized and directed to employ Paul M. Bach, Attorney and the law firm of Law Firm of Paul M. Bach, to represent the corporation in said bankruptcy proceedings."

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Amado Gonzalez, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date  _____          Signature  **/s/ Amado Gonzalez** _____
                                              Amado Gonzalez
                                              President