UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                              §
                                                    §
ARMANDO'S INC. PIZZA                                §          Case No. 06-11352
                                                    §
                        Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter      of the United States Bankruptcy Code on
      . The case was converted to one under Chapter 7 on                    .  The
undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

         Funds were disbursed in the following amounts:

         Administrative expenses
         Payments to creditors
         Non-estate funds paid to 3rd Parties
         Payments to the debtor

         Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6.  The deadline for filing claims in this case was _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____ , and now requests reimbursement for expenses of $_____ , for total expenses of $_____ .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____   By:/s/Gregg Szilagyi _____
                                                        Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 06-11352 | CAD | Judge: | Carol A. Doyle |
|---|---|---|---|---|

Case Name:   ARMANDO'S INC. PIZZA

For Period Ending: 04/21/10

Trustee Name:                              Gregg Szilagyi
Date Filed (f) or Converted (c):   02/14/07 (c)
341(a) Meeting Date:                   04/02/07
Claims Bar Date:                         06/07/07

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH - DRAWER | 200.00 | Unknown | | 1,330.65 | FA |
| 2 | RESTAURANT MACHINERY AND EQUIPMENT | 48,875.00 | Unknown | | 26,009.71 | FA |
| 3 | DEPOSIT - NICOR | 1,052.00 | 1,052.00 | DA | 0.00 | 1,052.00 |
| 4 | DEPOSIT - COMED | 1,755.00 | 1,755.00 | DA | 0.00 | 1,755.00 |
| 5 | INVENTORY - FOOD, SUPPLIES, LIQUOR | 5,221.00 | 5,221.00 | DA | 0.00 | 5,221.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 143.32 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $57,103.00         $8,028.00                              $27,483.68         $8,028.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   06/30/08        Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

Case No:  06-11352
Case Name:  ARMANDO'S INC. PIZZA

Taxpayer ID No: XX-XXX6994
For Period Ending: 04/21/10

Trustee Name:  Gregg Szilagyi
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX4284 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/07 | 1 | ARMANDO'S PIZZA, INC. | | | 1129-000 | 1,330.65 | | 1,330.65 |
| 03/30/07 | INT | Bank of America | Interest Rate 1.000 | | 1270-000 | 0.43 | | 1,331.08 |
| 04/30/07 | INT | Bank of America | Interest Rate 1.000 | | 1270-000 | 1.10 | | 1,332.18 |
| 05/16/07 | | CHICAGO LIQUIDATORS SERVICES, INC | PROCEEDS OF EQUIPMENT AUCTION | | | 17,777.53 | | 19,109.71 |
| | 2 | | RESTAURANT MACHINERY AND EQUIPMENT | 26,009.71 | 1129-000 | | | |
| | | CHICAGO LIQUIDATION SERVICES, INC | AUCTION COMMISSION | (8,232.18) | 3630-000 | | | |
| 05/31/07 | INT | Bank of America | Interest Rate 1.000 | | 1270-000 | 6.46 | | 19,116.17 |
| 06/29/07 | INT | Bank of America | Interest Rate 1.000 | | 1270-000 | 15.71 | | 19,131.88 |
| 07/31/07 | INT | Bank of America | Interest Rate 1.000 | | 1270-000 | 16.25 | | 19,148.13 |
| 08/31/07 | INT | Bank of America | Interest Rate 1.000 | | 1270-000 | 16.26 | | 19,164.39 |
| 09/28/07 | INT | Bank of America | Interest Rate 0.750 | | 1270-000 | 12.20 | | 19,176.59 |
| 10/31/07 | INT | Bank of America | Interest Rate 0.750 | | 1270-000 | 12.22 | | 19,188.81 |
| 11/30/07 | INT | Bank of America | Interest Rate 0.650 | | 1270-000 | 10.25 | | 19,199.06 |
| 12/31/07 | INT | Bank of America | Interest Rate 0.500 | | 1270-000 | 9.18 | | 19,208.24 |
| 01/31/08 | INT | Bank of America | Interest Rate 0.400 | | 1270-000 | 7.61 | | 19,215.85 |
| 02/28/08 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | | | 2300-000 | | 16.36 | 19,199.49 |
| 02/29/08 | INT | Bank of America | Interest Rate 0.300 | | 1270-000 | 4.57 | | 19,204.06 |
| 03/31/08 | INT | Bank of America | Interest Rate 0.250 | | 1270-000 | 4.54 | | 19,208.60 |
| 04/30/08 | INT | Bank of America | Interest Rate 0.250 | | 1270-000 | 3.94 | | 19,212.54 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.150 | | 1270-000 | 2.43 | | 19,214.97 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | | 1270-000 | 2.37 | | 19,217.34 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | | 1270-000 | 2.44 | | 19,219.78 |
| 08/29/08 | INT | Bank of America 3 part check | Interest Rate 0.150 | | 1270-000 | 2.43 | | 19,222.21 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | | 1270-000 | 2.37 | | 19,224.58 |

Page Subtotals     19,240.94     16.36

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-11352
Case Name: ARMANDO'S INC. PIZZA

Taxpayer ID No: XX-XXX6994
For Period Ending: 04/21/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4284 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 1.86 | | 19,226.44 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 1.57 | | 19,228.01 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.97 | | 19,228.98 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,229.14 |
| 02/27/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,229.29 |
| 03/31/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,229.46 |
| 04/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.42 | | 19,229.88 |
| 05/29/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,230.37 |
| 06/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,230.85 |
| 07/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,231.34 |
| 08/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,231.83 |
| 09/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.47 | | 19,232.30 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,232.78 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,233.26 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,233.75 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,234.24 |
| 02/24/10 | | Transfer to Acct#XXXXXX2066 | Transfer of Funds | 9999-000 | | 1,285.52 | 17,948.72 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.43 | | 17,949.15 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.47 | | 17,949.62 |

|  |  | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 19,251.50 | 1,301.88 | 17,949.62 |
| Less: Bank Transfers/CD's | | 0.00 | 1,285.52 | |
| Subtotal | | 19,251.50 | 16.36 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 19,251.50 | 16.36 | |

|  | | |
|---|---|---|
| Page Subtotals | 10.56 | 1,285.52 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

Case No: 06-11352
Case Name: ARMANDO'S INC. PIZZA

Taxpayer ID No: XX-XXX6994
For Period Ending: 04/21/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2066 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/10 | | Transfer from Acct#XXXXXX4284 | Transfer of Funds | 9999-000 | 1,285.52 | | 1,285.52 |
| 02/24/10 | 002001 | INTERNAL REVENUE SERVICE | 80-0116266 | 2810-000 | | 1,285.52 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,285.52 | 1,285.52 | 0.00 |
| Less: Bank Transfers/CD's | 1,285.52 | 0.00 | |
| Subtotal | 0.00 | 1,285.52 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 1,285.52 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX4284 | 19,251.50 | 16.36 | 17,949.62 |
| CHECKING ACCOUNT - XXXXXX2066 | 0.00 | 1,285.52 | 0.00 |
| | ----------------------------- | ----------------------------- | ------------------- |
| | 19,251.50 | 1,301.88 | 17,949.62 |
| | =============== | =============== | =========== |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts:        8,232.18
Total Net Deposits:              19,251.50
Total Gross Receipts:            27,483.68

Page Subtotals        1,285.52        1,285.52

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 06-11352                                                                                    Date: April 21, 2010
Debtor Name: ARMANDO'S PIZZA, INC.
Claims Bar Date: 06/07/07

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi One South Wacker Drive Chicago, Illinois 60606 | Administrative | | $0.00 | $3,498.28 | $3,498.28 |
| 100 2200 | Gregg Szilagyi One South Wacker Drive Chicago, Illinois 60606 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 2410 | The Oaks Shopping Center, LLC | Administrative | Chapter 7 Admin Claim per Order dated 3/14/07 | $0.00 | $0.00 | $5,500.00 |
| 100 3410 | POPOWCZER KATTEN LTD. 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, ILLINOIS 60601 | Administrative | | $0.00 | $1,268.50 | $1,268.50 |
| 8 100 2950 | Office of the U.S. Trustee Office of the U.S. Trustee (ADMINISTRATIVE) | Administrative | | $0.00 | $500.00 | $500.00 |
| 150 6990 | Data Management Inc. PO Box 789 Farmington, CT 06034 | Administrative | Chapter 11 Admin Claim per Order dated 1/17/08 | $0.00 | $96.00 | $96.00 |
| 150 6990 | Anichini Brothers 545 N Wells Street Chicago, IL 60610 | Administrative | Chapter 11 Admin claim per Order dated 1/17/08 | $0.00 | $3,068.78 | $3,068.78 |
| 150 6990 | RENE ARIZMENDI 1636 W. PRATT CHGO, IL 60626 | Administrative | Chapter 11 Admin claim per Order dated 1/17/08 | $0.00 | $702.00 | $702.00 |
| 9 150 6950 | Illinois Department Of Revenue 100 West Randolph Ste 7-400 Bankruptcy Unit Chicago, Illinois 60601 | Administrative | | $0.00 | $29,144.82 | $29,144.82 |
| 7 280 5800 | Department of the Treasury- Internal Revenue Servic Centralized Insolvency Operations PO Box 21126 Philadelphia PA 19114 | Priority | | $0.00 | $8,069.16 | $8,069.16 |
| 11 280 5800 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | Priority | | $0.00 | $147.08 | $147.08 |
| 1 300 7100 | Alarm Detection System 1111 Church Road Aurora , IL 60505 | Unsecured | | $0.00 | $186.61 | $186.61 |
| 2 300 7100 | Eco Lab Eco Lab P.O. Box 70343 Chicago, IL 60673 | Unsecured | | $0.00 | $1,280.20 | $0.00 |
| 2 300 7100 | Eco Lab P.O. Box 70343 Chicago, IL 60673 | Unsecured | AMENDS AND SUPERCEDES CLAIM NUMBER 2 | $0.00 | $1,980.77 | $1,980.77 |
| 3 300 7100 | Yellow Book of Illinois 2560 Reaissance Blvd King of Prussia, PA 19406 | Unsecured | | $0.00 | $2,369.00 | $2,369.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 06-11352                                                                                      Date: April 21, 2010
Debtor Name: ARMANDO'S PIZZA, INC.
Claims Bar Date: 06/07/07

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | Illinois Department Of Revenue<br>100 West Randolph Ste 7-400<br>Bankruptcy Unit<br>Chicago, Illinois 60601 | Unsecured | | $0.00 | $24,692.87 | $24,692.87 |
| 4<br>300<br>7100 | Illinois Department Of Revenue<br>100 West Randolph Ste 7-400<br>Bankruptcy Unit<br>Chicago, Illinois 60601 | Unsecured | | $0.00 | $3,097.12 | $0.00 |
| 5<br>300<br>7100 | SBC Yellow Pages<br>5000 College Blvd<br>Overland Park, KS 66211-1629 | Unsecured | | $0.00 | $1,260.73 | $1,260.73 |
| 6<br>300<br>7100 | The Oaks Shopping Center LLC<br>3049 Solutions Center<br>Chicago, IL 60677-3000 | Unsecured | | $0.00 | $297,090.24 | $297,090.24 |
| 10<br>350<br>7200 | Gregorio A Velasquez<br>815 E Oakton St Lot #155<br>Des Plaines, IL 60018 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 4<br>400<br>4800 | Illinois Department Of Revenue<br>100 West Randolph Ste 7-400<br>Bankruptcy Unit<br>Chicago, Illinois 60601 | Secured | | $0.00 | $21,595.75 | $0.00 |
| | Case Totals | | | $0.00 | $400,047.91 | $379,574.84 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-11352
Case Name: ARMANDO'S INC. PIZZA
Trustee Name: Gregg Szilagyi

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Trustee: Gregg Szilagyi* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: POPOWCZER KATTEN LTD.* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees: Office of the U.S. Trustee* | $_____ | $_____ |
| *Other: The Oaks Shopping Center, LLC* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other: Anichini Brothers (pro rata)* | $ | $ |
| *Other: Data Management Inc. (pro rata)* | $ | $ |
| *Other: Illinois Department Of Revenue (pro rata)* | $ | $ |
| *Other: RENE ARIZMENDI (pro rata)* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Department of the Treasury-Internal Revenue Servic | $ | $ |
| 11 | Illinois Department of Employment Security | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Alarm Detection System | $ | $ |
| 2 | Eco Lab | $ | $ |
| 3 | Yellow Book of Illinois | $ | $ |
| 4 | Illinois Department Of Revenue | $ | $ |
| 5 | SBC Yellow Pages | $ | $ |
| 6 | The Oaks Shopping Center LLC | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | Gregorio A Velasquez | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $      .