# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ARMANDO'S INC. PIZZA § Case No. 06-11352
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     219 S. Dearborn Street
     Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/25/2010 in Courtroom 742,

     United States Courthouse
     219 S. Dearborn Street
     Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/21/2010            By: Gregg Szilagyi
                                                                               Trustee

*Gregg Szilagyi*
*One South Wacker Drive*
*Chicago, Illinois 60606*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
§
ARMANDO'S INC. PIZZA § Case No. 06-11352
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 27,483.68 |
| *and approved disbursements of* | $ | 9,534.06 |
| *leaving a balance on hand of*[1] | $ | 17,949.62 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Gregg Szilagyi | $ 3,498.28 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: POPOWCZER KATTEN LTD. | $ 1,268.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: Office of the U.S. Trustee | $ 500.00 | $ 0.00 |
| Other: The Oaks Shopping Center, LLC | $ 0.00 | $ 5,500.00 |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| Other: Anichini Brothers | $ 0.00 | $ 667.72 |
| Other: Data Management Inc. | $ 0.00 | $ 20.89 |
| Other: Illinois Department Of Revenue | $ 0.00 | $ 6,341.49 |
| Other: RENE ARIZMENDI | $ 0.00 | $ 152.74 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,216.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Department of the Treasury-Internal Revenue Servic | $ 8,069.16 | $ 0.00 |
| 11 | Illinois Department of Employment Security | $ 147.08 | $ 0.00 |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 327,580.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Alarm Detection System | $ 186.61 | $ 0.00 |
| 2 | Eco Lab | $ 1,980.77 | $ 0.00 |
| 3 | Yellow Book of Illinois | $ 2,369.00 | $ 0.00 |
| 4 | Illinois Department Of Revenue | $ 24,692.87 | $ 0.00 |
| 5 | SBC Yellow Pages | $ 1,260.73 | $ 0.00 |
| 6 | The Oaks Shopping Center LLC | $ 297,090.24 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 10 | Gregorio A Velasquez | $ 0.00 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: Gregg Szilagyi

Trustee

*Gregg Szilagyi*
*One South Wacker Drive*
*Chicago, Illinois 60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kseldon              Page 1 of 1                   Date Rcvd: Apr 22, 2010
Case: 06-11352                Form ID: pdf006            Total Noticed: 31

The following entities were noticed by first class mail on Apr 24, 2010.
db           +Armando's Pizza, Inc., a Illinois Corporation,    1053 S. Second Avenue,
               Des Plaines, IL 60016-6326
aty          +Gregg Szilagyi,   One South Wacker Drive,    Suite 800,   Chicago, IL 60606-4650
aty          +Paul M Bach,   Law Offices of Paul M Bach,    P.O. Box 1285,   Northbrook, IL 60065-1285
aty          +Penelope N Bach,    Law Offices of Paul M. Bach,    P.O. Box 1285,   Northbrook, IL 60065-1285
tr           +Gregg Szilagyi,   Tailwind Services LLC,    One South Wacker Drive,   Suite 800,
               Chicago, IL 60606-4650
10909034     +Alarm Detection System,    1111 Church Road,    Aurora , IL 60505-1905
10909035     +Athena Accounting Group,    690 Lee Street,    Des Plaines, IL 60016-4584
10909036     +Beneficial,    617 West Golf Road,   Des Plaines, IL 60016-2462
10909037     +Capital 1 Bank,    P.O. Box 790217,   St Louis, MO 63179
10909038      Chase,   Cardholder Services,    P.O. Box 15153,   Wilmington , DE  19886-5153
10909039      Citi Cards,    P.O. Box 688913,   Des  Moines, IA  50368-8913
10909040     +City of Des Plaines,    1420 Miner Street,    Des Plaines, IL 60016-4498
10909043     +Coupon Cash Saver,    325 North Milwaukee Avenue,    Suite J,   Wheeling , IL 60090-3071
10909044     +Eco Lab,    P.O. Box 70343,   Chicago, IL 60673-0343
10909045     +First Washington Management,    c/o NCO Financial Systems,    3850 N. Causeway Blvd # 200,
               Metairie, LA 70002-7227
12183654     +Gregorio A Velasquez,    815 E Oakton St Lot #155,    Des Plaines, IL 60018-6314
11017467    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department Of Revenue,    100 West Randolph  Ste 7-400,
               Bankruptcy Unit,   Chicago, Illinois  60601)
11089700    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    PO Box 21126,   Philadelphia PA 19114)
10909046     +Illinois Attorney General,    100 West Randolph Street,    13th Floor,   Chicago, IL 60601-3397
12207840     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808
10909048      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois  60664-0338
10909047      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
10909049      J.S. Paluch Company,    3708 River Road Suite 400,    Franklin Park, IL  60131-2158
10909050     +SBC Yellow Pages,    5000 College Blvd,   Overland Park, KS 66211-1871
10909051     +Sears,   P.O.Box 182082,   Columbus, Ohio 43218
10909052      The Oaks Shopping Center LLC,    3049 Solutions Center,    Chicago, IL  60677-3000
10909053     +Wells Fargo,    905 E. Rand Road No 100,   Mt. Prospect, IL 60056-2572
10909054      Wells Fargo-Abby Carpet,    P.O. Box 94498,   Las Vegas, NV  89193-4498
10909055     +Yellow Book of Illinois,    2560 Reaissance Blvd,    King of Prussia, PA 19406-2673
The following entities were noticed by electronic transmission on Apr 22, 2010.
10909041      E-mail/Text: legalcollections@comed.com                           Commonwealth Edison,
               Bill Payment Center,   Chicago, IL 60668-0001
10909042     +E-mail/Text: legalcollections@comed.com                           Commonwealth Edison,
               555 Waters Edge,   Lombard, IL 60148-7044
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lois West
aty           Popowcer Katten Ltd
11230955      Office of the U.S. Trustee
                                                                                               TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2010**                    **Signature:**    *Joseph Speetjens*