UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ARMANDO'S INC. PIZZA § Case No. 06-11352
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            , and it was converted to chapter 7 on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/Gregg Szilagyi _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Illinois Department Of Revenue |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| The Oaks Shopping Center, LLC | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| Office of the U.S. Trustee | | | | | |
| POPOWCZER KATTEN LTD. | | | | | |
| CHICAGO LIQUIDATION SERVICES, INC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department Of Revenue | | | | | |
| Anichini Brothers | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Data Management Inc. | | | | | |
| RENE ARIZMENDI | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Department of the Treasury- Internal Revenue Servic | | | | | |
| 11 | Illinois Department of Employment Security | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alarm Detection System | | | | | |
| 2 | Eco Lab | | | | | |
| 2 | Eco Lab | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Gregorio A Velasquez | | | | | |
| 4 | Illinois Department Of Revenue | | | | | |
| 4 | Illinois Department Of Revenue | | | | | |
| 5 | SBC Yellow Pages | | | | | |
| 6 | The Oaks Shopping Center LLC | | | | | |
| 3 | Yellow Book of Illinois | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 06-11352 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Gregg Szilagyi |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ARMANDO'S INC. PIZZA | | | | Date Filed (f) or Converted (c): | 02/14/07 (c) |
| | | | | | 341(a) Meeting Date: | 04/02/07 |
| For Period Ending: 11/10/10 | | | | | Claims Bar Date: | 06/07/07 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH - DRAWER | 200.00 | Unknown | | 1,330.65 | FA |
| 2 | RESTAURANT MACHINERY AND EQUIPMENT | 48,875.00 | Unknown | | 26,009.71 | FA |
| 3 | DEPOSIT - NICOR | 1,052.00 | 1,052.00 | DA | 0.00 | 1,052.00 |
| 4 | DEPOSIT - COMED | 1,755.00 | 1,755.00 | DA | 0.00 | 1,755.00 |
| 5 | INVENTORY - FOOD, SUPPLIES, LIQUOR | 5,221.00 | 5,221.00 | DA | 0.00 | 5,221.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 144.11 | Unknown |

TOTALS (Excluding Unknown Values)        $57,103.00        $8,028.00            $27,484.47

Gross Value of Remaining Assets
$8,028.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   06/30/08        Current Projected Date of Final Report (TFR):   / /

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 06-11352
Case Name: ARMANDO'S INC. PIZZA
Taxpayer ID No: XX-XXX6994
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4284 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/07 | 1 | ARMANDO'S PIZZA, INC. | | 1129-000 | 1,330.65 | | 1,330.65 |
| 03/30/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 0.43 | | 1,331.08 |
| 04/30/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.10 | | 1,332.18 |
| 05/16/07 | | CHICAGO LIQUIDATORS SERVICES, INC | PROCEEDS OF EQUIPMENT AUCTION | | 17,777.53 | | 19,109.71 |
| | 2 | | RESTAURANT MACHINERY AND EQUIPMENT    26,009.71 | 1129-000 | | | |
| | | CHICAGO LIQUIDATION SERVICES, INC | AUCTION COMMISSION    (8,232.18) | 3630-000 | | | |
| 05/31/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 6.46 | | 19,116.17 |
| 06/29/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 15.71 | | 19,131.88 |
| 07/31/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 16.25 | | 19,148.13 |
| 08/31/07 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 16.26 | | 19,164.39 |
| 09/28/07 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 12.20 | | 19,176.59 |
| 10/31/07 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 12.22 | | 19,188.81 |
| 11/30/07 | INT | Bank of America | Interest Rate 0.650 | 1270-000 | 10.25 | | 19,199.06 |
| 12/31/07 | INT | Bank of America | Interest Rate 0.500 | 1270-000 | 9.18 | | 19,208.24 |
| 01/31/08 | INT | Bank of America | Interest Rate 0.400 | 1270-000 | 7.61 | | 19,215.85 |
| 02/28/08 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | | 2300-000 | | 16.36 | 19,199.49 |
| 02/29/08 | INT | Bank of America | Interest Rate 0.300 | 1270-000 | 4.57 | | 19,204.06 |
| 03/31/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 4.54 | | 19,208.60 |
| 04/30/08 | INT | Bank of America | Interest Rate 0.250 | 1270-000 | 3.94 | | 19,212.54 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 2.43 | | 19,214.97 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 2.37 | | 19,217.34 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 2.44 | | 19,219.78 |
| 08/29/08 | INT | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 2.43 | | 19,222.21 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 2.37 | | 19,224.58 |
| | | | Page Subtotals | | 19,240.94 | 16.36 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 06-11352
Case Name: ARMANDO'S INC. PIZZA
Taxpayer ID No: XX-XXX6994
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4284 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 1.86 | | 19,226.44 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.100 | 1270-000 | 1.57 | | 19,228.01 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.97 | | 19,228.98 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,229.14 |
| 02/27/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,229.29 |
| 03/31/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,229.46 |
| 04/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.42 | | 19,229.88 |
| 05/29/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,230.37 |
| 06/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,230.85 |
| 07/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,231.34 |
| 08/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,231.83 |
| 09/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.47 | | 19,232.30 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,232.78 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,233.26 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,233.75 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,234.24 |
| 02/24/10 | | Transfer to Acct#XXXXXX2066 | Transfer of Funds | 9999-000 | | 1,285.52 | 17,948.72 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.43 | | 17,949.15 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.47 | | 17,949.62 |
| 04/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.44 | | 17,950.06 |
| 05/25/10 | INT | Bank of America | Interest | 1270-000 | 0.35 | | 17,950.41 |
| 05/25/10 | | Transfer to Acct#XXXXXX2066 | Transfer of Funds | 9999-000 | | 17,950.41 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,252.29 | 19,252.29 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 19,235.93 | |
| Subtotal | 19,252.29 | 16.36 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 19,252.29 | 16.36 | |

| Page Subtotals | 11.35 | 19,235.93 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 06-11352
Case Name: ARMANDO'S INC. PIZZA
Taxpayer ID No: XX-XXX6994
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2066 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/10 | | Transfer from Acct#XXXXXX4284 | Transfer of Funds | 9999-000 | 1,285.52 | | 1,285.52 |
| 02/24/10 | 002001 | INTERNAL REVENUE SERVICE | 80-0116266 | 2810-000 | | 1,285.52 | 0.00 |
| 05/25/10 | | Transfer from Acct#XXXXXX4284 | Transfer of Funds | 9999-000 | 17,950.41 | | 17,950.41 |
| 05/25/10 | 002002 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 3,498.28 | 14,452.13 |
| 05/25/10 | 002003 | Office of the U.S. Trustee<br>Office of the U.S. Trustee (ADMINISTRATIVE) | (Final distribution to Claim 8, representing a Payment of 100.00% per court order.) | 2950-000 | | 500.00 | 13,952.13 |
| 05/25/10 | 002004 | The Oaks Shopping Center, LLC | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2410-000 | | 5,500.00 | 8,452.13 |
| 05/25/10 | 002005 | POPOWCZER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 1,268.50 | 7,183.63 |
| 05/25/10 | 002006 | Illinois Department Of Revenue<br>100 West Randolph Ste 7-400<br>Bankruptcy Unit<br>Chicago, Illinois 60601 | (Final distribution to Claim 9, representing a Payment of 21.76% per court order.) | 6950-000 | | 6,342.18 | 841.45 |
| 05/25/10 | 002007 | Data Management Inc.<br>PO Box 789<br>Farmington, CT 06034 | (Final distribution to Claim (no claim number), representing a Payment of 21.76% per court order.) | 6990-000 | | 20.89 | 820.56 |
| | | | Page Subtotals | | 19,235.93 | 18,415.37 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 06-11352
Case Name: ARMANDO'S INC. PIZZA
Taxpayer ID No: XX-XXX6994
For Period Ending: 11/10/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2066 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/10 | 002008 | Anichini Brothers<br>545 N Wells Street<br>Chicago, IL 60610 | (Final distribution to Claim (no claim number), representing a Payment of 21.76% per court order.) | 6990-000 | | 667.79 | 152.77 |
| 05/25/10 | 002009 | RENE ARIZMENDI<br>1636 W. PRATT<br>CHGO, IL 60626 | (Final distribution to Claim (no claim number), representing a Payment of 21.76% per court order.) | 6990-000 | | 152.77 | 0.00 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 19,235.93 | 19,235.93 | 0.00 |
| Less: Bank Transfers/CD's | 19,235.93 | 0.00 | |
| Subtotal | 0.00 | 19,235.93 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 19,235.93 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX4284 | 19,252.29 | 16.36 | 0.00 |
| CHECKING ACCOUNT - XXXXXX2066 | 0.00 | 19,235.93 | 0.00 |
| | 19,252.29 | 19,252.29 | 0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 8,232.18
Total Net Deposits: 19,252.29
Total Gross Receipts: 27,484.47

Page Subtotals    0.00    820.56

**Bank of America**

```
CUSTOMER CONNECTION              Account Number    4428952066
BANK OF AMERICA, N.A.            01 01 148 06 M0000 E#         0
DALLAS, TEXAS   75283-2406       Last Statement:   08/31/2010
                                 This Statement:   09/30/2010


                                 Customer Service
                                 1-877-757-8233
ESTATE OF
ARMANDO'S PIZZA, INC., DEBTOR
GREGG SZILAGYI - TRUSTEE         Page      1 of     2
06-11352
C/O GLOBAL GOVERNMENT BANKING    Bankruptcy Case Number:0611352
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 09/01/2010 - 09/30/2010   Statement Beginning Balance        .00
Number of Deposits/Credits            0    Amount of Deposits/Credits         .00
Number of Checks                      0    Amount of Checks                   .00
Number of Other Debits                0    Amount of Other Debits             .00
                                           Statement Ending Balance           .00
Number of Enclosures                  0
                                           Service Charge                     .00
```

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/31 | .00 | .00 | 09/30 | .00 | .00 |



10/20/10
GS

*111019993*
06/03/2010
7092126562

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim 8, representing a Payment of 100.00% per court order.)

40

32-1/1110
CHECK NUMBER 2003

| DATE | AMOUNT |
|---|---|
| 5/25/2010 | *********500.00 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

PAY TO THE ORDER OF

Office of the U.S. Trustee
Office of the U.S. Trustee (ADMINISTRATIVE)

521-06-11352

Five Hundred Dollars And 00/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈002003⑈ ⑆111000012⑆ 4428952066⑈

*39699292*
*1*
*150*
*02059*

[4101567222] 06/01/2010
0410156752898835

⑈2003⑈ ⑆111000012⑆ ⑈4428952066⑈ ⑉0000050000⑉

---

*111019993*
05/27/2010
8792376660

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.)

32-1/1110
CHECK NUMBER 2002

| DATE | AMOUNT |
|---|---|
| 5/25/2010 | *******3,498.28 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

PAY TO THE ORDER OF

GREGG SZILAGYI
One South Wacker Drive
Chicago, Illinois 60606

Three Thousand Four Hundred Ninety Eight Dollars And 28/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈002002⑈ ⑆111000012⑆ 4428952066⑈

*71445896*
*1*
*1788*
*00791*

[7490996283] 05/26/2010
5880818532

⑈002002⑈ ⑆111000012⑆ ⑈4428952066⑈ ⑉0000349828⑉

---

*111019993*
03/04/2010
9792056504

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283
80-0116266

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

32-1/1110
CHECK NUMBER 2001

| DATE | AMOUNT |
|---|---|
| 2/24/2010 | *******1,285.52 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

PAY TO THE ORDER OF

INTERNAL REVENUE SERVICE

One Thousand Two Hundred Eighty Five Dollars And 52/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈002001⑈ ⑆111000012⑆ 4428952066⑈ ⑉0000128552⑉

*87709258*
*1*
*632*
*01337*

[9100002263] 03/03/2010
0048264621362

*111019993*
06/08/2010
6692667419

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*67151008*
*1*
*683*
*00184*

06/07/2010 0005990010690941 [310000538]

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

33-1/1110
CHECK NUMBER
2004

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.)

| DATE | AMOUNT |
|---|---|
| 5/25/2010 | *******5,500.00 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

PAY TO THE ORDER OF

The Oaks Shopping Center, LLC

3049 PER ENVELOPE

*Five Thousand Five Hundred Dollars And 00/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈002004⑈ ⑆111000012⑆ 4428952066⑈

⑈002004⑈ 4⑆111000012⑆ ⑈4428952066⑈ ⑇0000550000⑇

*111019993*
06/02/2010
6382311924

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*57135306*
*1*
*1768*
*01975*

06/01/2010 0000693823111924 [110000253]

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

33-1/1110
CHECK NUMBER
2005

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.)

| DATE | AMOUNT |
|---|---|
| 5/25/2010 | *******1,268.50 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

PAY TO THE ORDER OF

POPOWCZER KATTEN LTD.
35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601

*One Thousand Two Hundred Sixty Eight Dollars And 50/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈002005⑈ ⑆111000012⑆ 4428952066⑈

⑈002005⑈ 4⑆111000012⑆ ⑈4428952066⑈ ⑇0000126850⑇

*111019993*
06/05/2010
6392927925

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*37706891*
*1*
*558*
*00059*

06/04/2010 0060453100006288 [420003140]

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

33-1/1110
CHECK NUMBER
2006

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim 9, representing a Payment of 21.76% per court order.)

| DATE | AMOUNT |
|---|---|
| 5/25/2010 | *******6,342.18 |

1015413789017

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

JUN 01 2010

PAY TO THE ORDER OF

Illinois Department Of Revenue
100 West Randolph St 7-400
Bankruptcy Unit
Chicago, Illinois 60601

*Six Thousand Three Hundred Forty Two Dollars And 18/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈002006⑈ ⑆111000012⑆ 4428952066⑈ ⑇0000634218⑇

*111019993*
07/03/2010
2692301156

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*92589404*
*1*
*232*
*01437*

[211703472] 07/01/2010
000001000899953

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER 2007

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 21.76% per court order.)

| DATE | AMOUNT |
|---|---|
| 5/25/2010 | **********20.89 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

PAY TO THE ORDER OF

*Twenty Dollars And 89/100*

Data Management Inc.
PO Box 789
Farmington, CT 06034

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈00 2007⑈ ⑆111000012⑆ 4428952066⑈

⑈00 2007⑈ 4⑆111000012⑆ ⑈4428952066⑈ ⑉0000002089⑉

*111019993*
06/03/2010
9792913768

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*39699292*
*1*
*341*
*02250*

[910002263] 06/01/2010
0076150164O7

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER 2008

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 21.76% per court order.)

| DATE | AMOUNT |
|---|---|
| 5/25/2010 | *********667.79 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

PAY TO THE ORDER OF

*Six Hundred Sixty Seven Dollars And 79/100*

Anichini Brothers
545 N Wells Street
Chicago, IL 60610

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈00 2008⑈ ⑆111000012⑆ 4428952066⑈ ⑉0000066779⑉

⑈00 2008⑈ 4⑆111000012⑆ ⑈4428952066⑈ ⑉0000066779⑉

*111019993*
06/02/2010
9692261191

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*57135306*
*1*
*1947*
*01654*

[291070001] 06/01/2010
3056013078000

**BANK OF AMERICA**
901 Main Street // 10th Floor // Dallas TX 75283

32-1/1110
CHECK NUMBER 2009

GREGG SZILAGYI, BANKRUPTCY TRUSTEE
ONE SOUTH WACKER DRIVE
SUITE 800
CHICAGO, IL 60606

(Final distribution to Claim (no claim number), representing a Payment of 21.76% per court order.)

| DATE | AMOUNT |
|---|---|
| 5/25/2010 | *********152.77 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-11352 | Debtor: ARMANDO'S INC. PIZZA |

PAY TO THE ORDER OF

*One Hundred Fifty Two Dollars And 77/100*

RENE ARIZMENDI
1636 W. PRATT
CHGO, IL 60626

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈00 2009⑈ ⑆111000012⑆ 4428952066⑈ ⑉0000015277⑉

111012822 06/01/2010
009692261191
749099628 06/01/2010
007780715654

↓Do not endorse or write below this line↓

Rene Arizmendi
2875563188

J118 90869

JUN -1 10

>291070001< 06/01/2010
3056013078000

TCF NATIONAL BANK MN >291070001<
05601307 8 06-01-10 2875563188
05601307 8 06-01-10 2875563188

VS DATE 06/01/10
033 E C 148 CF

---

111012822 06/02/2010
009792913768

↓Do not endorse or write below this line↓

PAY TO THE ORDER OF
PARK NATIONAL BANK
FOR DEPOSIT ONLY
ANICHINI BROS. INC.
7032566

0292 83401

JUN -1 00

>910000226< 06/01/2010
007615016407

VS DATE 06/02/10
033 E C 148 CF

---

111106178 07/01/2010
100089953
111310346 07/01/2010
000000100089953

↓Do not endorse or write below this line↓

PAY TO ... OF
FARMINGT... SAVINGS BANK
FOR DE... ONLY
DATA MANA... ENT, INC.
GIFT CERTIFIC... CENTRAL
01 27 4001220

>211170347< 07/01/2010
000000100089953

VS DATE 07/02/10
033 E C 148 CF







